1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | DEANNA L. MARTINEZ
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CV-00182-LJO-GSA |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING ACTION** |
|  | ) **PURSUANT TO STIPULATION** |
| 2005 HUMMER H-2, | ) |
| VIN: 5GRGN23U65H118099, | ) |
| LICENSE NO. 5LRC762, | ) |
| Defendant. | ) |

Pursuant to the stipulation submitted by the parties, this action is ordered dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   April 17, 2009**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE